IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **LILLIE J. WOOD,** | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:13cv116-MHT |
| | ) | (WO) |
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,** a subsidiary of The Hardford Financial Services Group, Inc., a corporation; and **THE HARTFORD FINANCIAL SERVICES GROUP, INC.,** a corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 13), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of October, 2013.

                /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE